IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT ASHMUS,

        Plaintiff,                             CIV S-07-1014 EFB

    vs.

MICHAEL J. ASTRUE,                  ORDER TO SHOW CAUSE
Commissioner of Social Security,

        Defendant.
_____/

On June 5, 2007, plaintiff was ordered to file a complete *in forma pauperis* affidavit or pay the appropriate filing fees within thirty days. He was cautioned that failure to do so would result in a recommendation that this action be dismissed. The thirty day period has now expired, and plaintiff has not filed an *in forma pauperis* affidavit or paid the appropriate filing fee.

Plaintiff is hereby ordered to show cause in writing within ten (10) days of the date of service of this order why this case should not be dismissed for lack of prosecution. Failure to timely respond to this order will result in a recommendation that this action be dismissed.

DATED: July 26, 2007.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE