Lawrence D. Rohlfing
Attorney at Law: 119433
Law offices of Lawrence D. Rohlfing
12631 E. Imperial Hwy., Suite C115
Santa Fe Springs, California 90670

Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing_office@msn.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ASHMUS, | Case No.: CIV  S-07-1014 EFB |
| Plaintiff, | ORDER OF DISMISSAL |
| vs. | |
| MICHAEL J. ASTRUE, | |
| Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the notice of dismissal filed by the plaintiff this action was voluntarily dismissed with prejudice.  Fed. R. Civ. P. 41(a).  Accordingly, the clerk is directed to close this case.

DATED:   August 14, 2007.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE